# UNITED STATES BANKRUPTCY COURT
## NORTHERN  **DISTRICT OF**  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUKLETH, ORRIN S | § | Case No. 11-36887 |
| DUKLETH, KATHLEEN L. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on  09/09/2011 .   The undersigned trustee was appointed on  09/09/2011 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of          $          31,783.61

        Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 332.91 |
| Bank service fees | 947.96 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 30,502.74 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  01/19/2012  and the deadline for filing governmental claims was  01/19/2012 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,928.36 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 3,928.36 , for a total compensation of $ 3,928.36 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2015                    By:/s/GINA B. KROL
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   1

Exhibit A

| Case No: | 11-36887 | DRC | Judge: Donald R. Cassling |
|---|---|---|---|
| Case Name: | DUKLETH, ORRIN S | | |
| | DUKLETH, KATHLEEN L. | | |
| For Period Ending: | 09/10/15 | | |

| Trustee Name: | GINA B. KROL |
|---|---|
| Date Filed (f) or Converted (c): | 09/09/11 (f) |
| 341(a) Meeting Date: | 10/18/11 |
| Claims Bar Date: | 01/19/12 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 830 LENOX ROAD, GLENN ELLYN, IL  60137 SINGLE FAMI | 440,000.00 | 0.00 | | 0.00 | FA |
| 2. | CASH ON HAND. | 100.00 | 0.00 | | 0.00 | FA |
| 3. | PNC BANK BUSINESS CHECKING ACCOUNT ENDING IN 2603. | 1.00 | 0.00 | | 0.00 | FA |
| 4. | PNC BANK PERSONAL CHECKING ACCOUNT ENDING IN 0371. | 1.00 | 0.00 | | 0.00 | FA |
| 5. | PNC BANK PERSONAL CHECKING ACCOUNT ENDING IN 2009. | 768.00 | 0.00 | | 0.00 | FA |
| 6. | HOUSEHOLD GOODS AS FOLLOWS: LIVING ROOM-SECTIONAL | 4,500.00 | 0.00 | | 0.00 | FA |
| 7. | 2 PRINT PICTRES; 3 LITHOGRAPHS; 5 MISCELLANEOUS PI | 1,980.00 | 0.00 | | 0.00 | FA |
| 8. | NORMAL AND CUSTOMARY WEARING APPAREL. | 400.00 | 0.00 | | 0.00 | FA |
| 9. | WEDDING RINGS; MISCELLANEOUS COSTUME JEWELRY; SMAL | 500.00 | 0.00 | | 0.00 | FA |
| 10. | 22 RIFLE; GOLF CLUBS; 2 DIGITAL CAMERAS; 2 BIKES. | 255.00 | 0.00 | | 0.00 | FA |
| 11. | MARK HARDEN - PURCHASER OF ABD WATERPROOFING BUSIN | 31,873.28 | 31,873.28 | | 31,783.28 | FA |
| 12. | 1996 CHRYSLER LHS 4 DR SEDAN WITH 55,000 MILES. | 2,100.00 | 0.00 | | 0.00 | FA |
| 13. | 2008 TOYOTA SIENNA VAN WITH 98,200 MILES. | 15,075.00 | 0.00 | | 0.00 | FA |
| 14. | FILE CABINETS; 5 YEAR OLD COMPUTER AND PRINTER. | 30.00 | 0.00 | | 0.00 | FA |
| 15. | PET DOG. | 50.00 | 0.00 | | 0.00 | FA |
| 16. | HORSE SADDLES (2); VARIOUS HORSE RIDING EQUIPMENT. | 400.00 | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.33 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $498,033.28          $31,873.28                    $31,783.61          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | |
|---|---|---|
| Case No: | 11-36887   DRC   Judge: Donald R. Cassling | |

Trustee Name:   GINA B. KROL

Case Name:   DUKLETH, ORRIN S
DUKLETH, KATHLEEN L.

Date Filed (f) or Converted (c):   09/09/11 (f)
341(a) Meeting Date:   10/18/11
Claims Bar Date:   01/19/12

Trustee submitted TFR to UST for review
August 12, 2015, 12:59 pm

Trustee continues to collect monthly a/r payments
October 16, 2014, 11:37 am

Trustee is collecting a/r stream
October 17, 2013, 02:22 pm

Initial Projected Date of Final Report (TFR): 12/31/13        Current Projected Date of Final Report (TFR): 09/30/15

/s/   GINA B. KROL

_____   Date: 09/10/15
GINA B. KROL

Page:   1

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-36887  -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0493  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,597.11 | | 5,597.11 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.45 | 5,593.66 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.56 | 5,590.10 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.45 | 5,586.65 |
| 01/07/13 | 030001 | Clerk of US Bankruptcy Court | Filing Fee for Adversary Complaint | 2990-000 | | 293.00 | 5,293.65 |
| | | 219 S. Dearborn St. | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.56 | 5,290.09 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,280.09 |
| 02/13/13 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 4.58 | 5,275.51 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,265.51 |
| 03/21/13 | 11 | ABD Waterproofing | A/R | 1121-000 | 1,323.08 | | 6,588.59 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 03/21/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 7,584.63 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,574.63 |
| 04/16/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 8,570.67 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.61 | 8,559.06 |
| 05/28/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 9,555.10 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.92 | 9,542.18 |
| 06/27/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 1,992.08 | | 11,534.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM2T4

Ver: 18.05

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36887 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | DUKLETH, ORRIN S | Bank Name: | ASSOCIATED BANK |
| | DUKLETH, KATHLEEN L. | Account Number / CD #: | *******0493  Checking Account |
| Taxpayer ID No: | *******0379 | | |
| For Period Ending: | 09/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 11,520.15 |
| 07/25/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 12,516.19 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.46 | 12,498.73 |
| 08/19/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 13,494.77 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.20 | 13,475.57 |
| 09/26/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 14,471.61 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.63 | 14,451.98 |
| 10/21/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 15,448.02 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.96 | 15,426.06 |
| 11/14/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 16,422.10 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.01 | 16,399.09 |
| 12/17/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 17,395.13 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.10 | 17,370.03 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.83 | 17,344.20 |
| 02/20/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 18,340.24 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM2T4

Ver: 18.05

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-36887 -DRC | |
| Case Name: | DUKLETH, ORRIN S | |
| | DUKLETH, KATHLEEN L. | |
| Taxpayer ID No: | *******0379 | |
| For Period Ending: | 09/10/15 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0493  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.77 | 18,316.47 |
| 04/01/14 | 030003 | International Sureties Ltd. | BOND | 2300-000 | | 16.14 | 18,300.33 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.23 | 18,273.10 |
| 04/08/14 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 19,269.14 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 04/16/14 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 20,265.18 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.11 | 20,237.07 |
| 05/22/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 21,233.11 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.56 | 21,202.55 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.08 | 21,171.47 |
| 07/16/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 22,167.51 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.72 | 22,133.79 |
| 08/21/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 23,129.83 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,094.92 |
| 09/16/14 | 11 | Harden Services, Inc. | A/R | 1121-000 | 996.04 | | 24,090.96 |
| | | 1170 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.38 | 24,055.58 |
| 10/20/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 25,051.62 |

Page:   4

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36887 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DUKLETH, ORRIN S | | Bank Name: | ASSOCIATED BANK |
| | DUKLETH, KATHLEEN L. | | Account Number / CD #: | *******0493  Checking Account |
| Taxpayer ID No: | *******0379 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.82 | 25,013.80 |
| 11/20/14 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 26,009.84 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.95 | 25,971.89 |
| 01/06/15 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 26,967.93 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.09 | 26,927.84 |
| 01/13/15 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 27,923.88 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/22/15 | 11 | HARDEN SERVICES | A/R | 1121-000 | 996.04 | | 28,919.92 |
| | | 1170 Holly Lane | this payment was received and deposited on | | | | |
| | | Algonquin, IL | 7/16/14. Trustee forgot to log it into TCMS timely. | | | | |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 28,877.73 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 16.50 | 28,861.23 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 02/18/15 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 29,857.27 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.29 | 29,817.98 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.33 | 29,773.65 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.84 | 29,730.81 |
| 05/21/15 | 11 | HARDEN SERVICES | A/R | 1121-000 | 906.04 | | 30,636.85 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL  60102 | | | | | |

Page: 5

**Exhibit B**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-36887 -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DUKLETH, ORRIN S | | Bank Name: | ASSOCIATED BANK |
| | DUKLETH, KATHLEEN L. | | Account Number / CD #: | *******0493  Checking Account |
| Taxpayer ID No: | *******0379 | | | |
| For Period Ending: | 09/10/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.68 | 30,592.17 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.01 | 30,548.16 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.42 | 30,502.74 |

| Account   *******0493 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 25 | Deposits | 26,134.08 | | 4 | Checks | 330.22 |
| | 0 | Interest Postings | 0.00 | | 35 | Adjustments Out | 898.23 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $  26,134.08 | | | | |
| | 0 | Adjustments In | 0.00 | | | Total | $  1,228.45 |
| | 1 | Transfers In | 5,597.11 | | | | |
| | | Total | $  31,731.19 | | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

LFORM2T4

Ver: 18.05

Page:   6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 11-36887 -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 09/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4179  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/28/11 | 11 | ABD Waterproofing | Note Receivable 10/11 & 11/11 | 1121-000 | 1,992.08 | | 1,992.08 |
| | | 1172 Holly Lane | | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,992.10 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,989.64 |
| 01/09/12 | 11 | ABD Waterproofing | Note Receivable 12/11 | 1121-000 | 996.00 | | 2,985.64 |
| | | 1172 Holly Lane | | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,985.66 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.43 | 2,982.23 |
| 02/06/12 | 000301 | International Sureties | BOND | 2300-000 | | 2.69 | 2,979.54 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 02/13/12 | 11 | Harden Services, Inc. | Note Receivable January 2012 | 1121-000 | 996.04 | | 3,975.58 |
| | | 1172 Holly Lane | | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,975.61 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.11 | 3,971.50 |
| 03/19/12 | 11 | Harden Services, LLC | Note Receivable | 1121-000 | 996.04 | | 4,967.54 |
| | | 1172 Holly Lane | | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,967.58 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.25 | 4,962.33 |
| 04/16/12 | 11 | Harden Services | Note Receivable | 1121-000 | 669.04 | | 5,631.37 |
| | | 1172 Holly Lane | | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,631.41 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,624.78 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,624.83 |

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-36887 -DRC | |
| Case Name: | DUKLETH, ORRIN S | |
| | DUKLETH, KATHLEEN L. | |
| Taxpayer ID No: | *******0379 | |
| For Period Ending: | 09/10/15 | |

Trustee Name:   GINA B. KROL
Bank Name:   BANK OF AMERICA, N.A.
Account Number / CD #:   *******4179  BofA - Money Market Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.15 | 5,617.68 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,617.72 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.68 | 5,611.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,611.09 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.36 | 5,603.73 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,603.77 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 6.66 | 5,597.11 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,597.11 | 0.00 |

| Account   *******4179 | | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 5 | Deposits | 5,649.20 | 1 | Checks | 2.69 |
| | 9 | Interest Postings | 0.33 | 9 | Adjustments Out | 49.73 |
| | | | | 1 | Transfers Out | 5,597.11 |
| | | Subtotal | $   5,649.53 | | | |
| | | | | | Total | $   5,649.53 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $   5,649.53 | | | |

Page:   8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-36887  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | DUKLETH, ORRIN S | Bank Name: | BANK OF AMERICA, N.A. |
| | DUKLETH, KATHLEEN L. | Account Number / CD #: | *******4179  BofA - Money Market Account |
| Taxpayer ID No: | *******0379 | | |
| For Period Ending: | 09/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  | Report Totals |  | Balance Forward |  | 0.00 |  |  |
|---|---|---|---|---|---|---|---|
|  | 30 | Deposits | | 31,783.28 | 5 | Checks | 332.91 |
|  | 9 | Interest Postings | | 0.33 | 44 | Adjustments Out | 947.96 |
|  | | | | | 1 | Transfers Out | 5,597.11 |
|  | | Subtotal | $ | 31,783.61 | | | |
|  | | | | | | Total | $   6,877.98 |
|  | 0 | Adjustments In | | 0.00 | | | |
|  | 1 | Transfers In | | 5,597.11 | | | |
|  | | Total | $ | 37,380.72 | | Net Total Balance | $  30,502.74 |

Trustee's Signature: _____/s/_____GINA B. KROL_____   Date: 09/10/15

GINA B. KROL

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

LFORM2T4

Ver: 18.05

| | EXHIBIT C | | |
|---|---|---|---|
| Page 1 | ANALYSIS OF CLAIMS REGISTER | | Date: September 10, 2015 |

Case Number:   11-36887
Debtor Name:   DUKLETH, ORRIN S

Priority Sequence

Joint Debtor:  DUKLETH, KATHLEEN L.

| Code # | Creditor Name & Address | Claim Class    Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | $0.00 | $3,928.36 | $3,928.36 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | $0.00 | $4,878.00 | $4,878.00 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | $0.00 | $81.95 | $81.95 |
| 000009A<br>040<br>5800-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Priority | $0.00 | $17,048.07 | $17,048.07 |
| 000019A<br>040<br>5800-00 | Illinois Department Of Revenue<br>Bankruptcy Section<br>PO Box 64388<br>Chicago, IL 60664-0338 | Priority | $0.00 | $5,656.31 | $5,656.31 |
| 000001<br>070<br>7100-90 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Unsecured<br>  HSBC #1771 | $0.00 | $2,632.34 | $2,632.34 |
| 000002<br>070<br>7100-90 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured<br>  #5516 | $0.00 | $10,757.26 | $10,757.26 |
| 000003<br>070<br>7100-90 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured<br>  Citibank #3774 | $0.00 | $11,662.36 | $11,662.36 |
| 000004<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured<br>  MBNA #5445 & #7758 | $0.00 | $9,101.46 | $9,101.46 |
| 000005<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured<br>  MBNA #7797 and #0217 | $0.00 | $7,672.01 | $7,672.01 |
| 000006<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured<br>  MBNA #1697 and #3625 | $0.00 | $12,792.54 | $12,792.54 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                    Date: September 10, 2015

| Case Number: | 11-36887 | | Priority Sequence | | | |
|---|---|---|---|---|---|---|
| Debtor Name: | DUKLETH, ORRIN S | | | Joint Debtor: DUKLETH, KATHLEEN L. | | |

| Code # | Creditor Name & Address | Claim Class   Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000007<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured<br>MBNA #7805 and #6464 | $0.00 | $6,873.65 | $6,873.65 |
| 000008<br>070<br>7100-90 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Unsecured<br>MBNA #4335 and #7829 | $0.00 | $7,434.86 | $7,434.86 |
| 000009B<br>070<br>7100-00 | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured | $0.00 | $13,065.52 | $13,065.52 |
| 000010<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured<br>#4608 | $0.00 | $1,431.96 | $1,431.96 |
| 000011<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured<br>#7306 | $0.00 | $4,474.57 | $4,474.57 |
| 000012<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured<br>#290◄ | $0.00 | $473.89 | $473.89 |
| 000013<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured<br>#8913 | $0.00 | $4,142.82 | $4,142.82 |
| 000014<br>070<br>7100-90 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured<br>#0856 | $0.00 | $2,389.70 | $2,389.70 |
| 000015<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>#6365 | $0.00 | $2,431.93 | $2,431.93 |
| 000016<br>070<br>7100-90 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>#7307 | $0.00 | $2,201.85 | $2,201.85 |
| 000017<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured<br>#9860 | $0.00 | $3,313.70 | $3,313.70 |
| 000018<br>070<br>7100-90 | Capital One, N.A.<br>c/o Creditors Bankrupcty Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured<br>Kohl's #0617 | $0.00 | $820.14 | $820.14 |
| 000020<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | $0.00 | $10,487.87 | $10,487.87 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 3                                                                 Date: September 10, 2015

Case Number:   11-36887                         Priority Sequence
Debtor Name:   DUKLETH, ORRIN S
                                                Joint Debtor: DUKLETH, KATHLEEN L.

| Code # | Creditor Name & Address | Claim Class    Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 000021 070 7100-90 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.) 294 Union St. Hackensack, NJ 07601 | Unsecured Wells Fargo #2085 | $0.00 | $3,120.25 | $3,120.25 |
| 000022 070 7100-90 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.) 294 Union St. Hackensack, NJ 07601 | Unsecured Wells Fargo #1584 | $0.00 | $8,900.45 | $8,900.45 |
| 000023 070 7100-90 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured Citibank #3808 Duplicate of claim #24 Trustee will pay claim #23 | $0.00 | $6,517.81 | $6,517.81 |
| 000024 070 7100-90 | PYOD LLC its successors and assigns as assignee of Citibank, NA c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured Citibank #3808 Duplicate of claim #23 Trustee will pay claim #23 | $0.00 | $6,517.81 | $0.00 |
| 000025 070 7100-00 | PNC BANK PO BOX 94982 CLEVELAND, OH 44101 | Unsecured #2527 | $0.00 | $8,941.24 | $8,941.24 |
| 000026 070 7100-90 | Portfolio Recovery Associates, LLC POB 41067 Norfolk VA 23541 | Unsecured HSBC #2164 | $0.00 | $2,860.63 | $2,860.63 |
| 000028 070 7100-00 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | Unsecured GE Capital Bank #0051 | $0.00 | $460.02 | $460.02 |
| 000027 080 7300-00 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | Unsecured Corporate claim against ABD Waterproof, filed by Debtor for IRS for penalty | $0.00 | $195.56 | $0.00 |
| 000029 080 7200-00 | Cydelle A. Guth 5 Pecos Dr Greenville, SC 29617-7420 | Unsecured | $0.00 | $4,000.00 | $4,000.00 |
| 000030 080 7200-00 | US Department Of Education-Direct Loans Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | Unsecured | $0.00 | $34,940.42 | $34,940.42 |

| Page 4 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: September 10, 2015 |

| Case Number: | 11-36887 | | Priority Sequence | |
|---|---|---|---|---|
| Debtor Name: | DUKLETH, ORRIN S | | Joint Debtor: DUKLETH, KATHLEEN L. | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 19B<br>080<br>7300-00 | Illinois Dept. of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664-0338 | Unsecured | | $0.00 | $595.35 | $595.35 |
| BOND<br>999<br>2300-00 | International Sureties<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA  70139 | Administrative | | $0.00 | $39.91 | $39.91 |
| | Case Totals: | | | $0.00 | $222,842.57 | $216,129.20 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-36887
Case Name: DUKLETH, ORRIN S
           DUKLETH, KATHLEEN L.
Trustee Name: GINA B. KROL

Balance on hand                                          $         30,502.74

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $        3,928.36 | $        0.00 | $        3,928.36 |
| Attorney for Trustee Fees: Cohen & Krol | $        4,878.00 | $        0.00 | $        4,878.00 |
| Other: International Sureties | $        39.91 | $        39.91 | $        0.00 |
| Other: Cohen & Krol | $        81.95 | $        0.00 | $        81.95 |

Total to be paid for chapter 7 administrative expenses    $         8,888.31

Remaining Balance                                          $        21,614.43

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,704.38  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 17,048.07 | $ 0.00 | $ 16,229.66 |
| 000019A | Illinois Department Of Revenue Bankruptcy Section PO Box 64388 Chicago, IL 60664-0338 | $ 5,656.31 | $ 0.00 | $ 5,384.77 |

Total to be paid to priority creditors                    $            21,614.43

Remaining Balance                                         $                 0.00


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 144,960.83  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | $ 2,632.34 | $ 0.00 | $ 0.00 |
| 000002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | $ 10,757.26 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | American InfoSource LP as agent for Citibank N.A. PO Box 248840 Oklahoma City, OK 73124-8840 | $    11,662.36 | $    0.00 | $    0.00 |
| 000004 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $    9,101.46 | $    0.00 | $    0.00 |
| 000005 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $    7,672.01 | $    0.00 | $    0.00 |
| 000006 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $    12,792.54 | $    0.00 | $    0.00 |
| 000007 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $    6,873.65 | $    0.00 | $    0.00 |
| 000008 | FIA CARD SERVICES, N.A. PO Box 15102 Wilmington, DE 19886-5102 | $    7,434.86 | $    0.00 | $    0.00 |
| 000009B | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $    13,065.52 | $    0.00 | $    0.00 |
| 000010 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $    1,431.96 | $    0.00 | $    0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,474.57 | $ 0.00 | $ 0.00 |
| 000012 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 473.89 | $ 0.00 | $ 0.00 |
| 000013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 4,142.82 | $ 0.00 | $ 0.00 |
| 000014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | $ 2,389.70 | $ 0.00 | $ 0.00 |
| 000015 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 2,431.93 | $ 0.00 | $ 0.00 |
| 000016 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 2,201.85 | $ 0.00 | $ 0.00 |
| 000017 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 3,313.70 | $ 0.00 | $ 0.00 |
| 000018 | Capital One, N.A.<br>c/o Creditors Bankrupcty Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 820.14 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000020 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $    10,487.87 | $          0.00 | $          0.00 |
| 000021 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | $      3,120.25 | $          0.00 | $          0.00 |
| 000022 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | $      8,900.45 | $          0.00 | $          0.00 |
| 000023 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $      6,517.81 | $          0.00 | $          0.00 |
| 000024 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $          0.00 | $          0.00 | $          0.00 |
| 000025 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | $      8,941.24 | $          0.00 | $          0.00 |
| 000026 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $      2,860.63 | $          0.00 | $          0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 460.02 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $_____ 0.00

Remaining Balance      $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 38,940.42  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | Cydelle A. Guth 5 Pecos Dr Greenville, SC 29617-7420 | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000030 | US Department Of Education-Direct Loans Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | $ 34,940.42 | $ 0.00 | $ 0.00 |

Total to be paid to tardy general unsecured creditors      $_____ 0.00

Remaining Balance      $_____ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 595.35  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000027 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 19B | Illinois Dept. of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | $ 595.35 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors          $_____ 0.00

Remaining Balance          $_____ 0.00