UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

In re:                                     §
                                           §
DUKLETH, ORRIN S                           §      Case No. 11-36887 DRC
DUKLETH, KATHLEEN L.                       §
                                           §
         Debtor(s)                         §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
          JEFFREY P. ALLSTEADT
          219 S. Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 10/09/2015 in Courtroom 241,
          Kane County Courthouse
          100 S. Third Street
          Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/10/2015                    By: JEFFREY P. ALLSTEADT
                                                                   Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DUKLETH, ORRIN S § Case No. 11-36887 DRC
DUKLETH, KATHLEEN L. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 31,783.61 |
| and approved disbursements of | $ 1,280.87 |
| leaving a balance on hand of[1] | $ 30,502.74 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,928.36 | $ 0.00 | $ 3,928.36 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,878.00 | $ 0.00 | $ 4,878.00 |
| Other: International Sureties | $ 39.91 | $ 39.91 | $ 0.00 |
| Other: Cohen & Krol | $ 81.95 | $ 0.00 | $ 81.95 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 8,888.31 |
| Remaining Balance | $ 21,614.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 22,704.38 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009A | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 17,048.07 | $ 0.00 | $ 16,229.66 |
| 000019A | Illinois Department Of Revenue Bankruptcy Section PO Box 64388 Chicago, IL 60664-0338 | $ 5,656.31 | $ 0.00 | $ 5,384.77 |
| | Total to be paid to priority creditors | | | $ 21,614.43 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 144,960.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Atlas Acquisitions LLC 294 Union St. Hackensack, NJ 07601 | $ 2,632.34 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 10,757.26 | $ 0.00 | $ 0.00 |
| 000003 | American InfoSource LP as agent for<br>Citibank N.A.<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | $ 11,662.36 | $ 0.00 | $ 0.00 |
| 000004 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 9,101.46 | $ 0.00 | $ 0.00 |
| 000005 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 7,672.01 | $ 0.00 | $ 0.00 |
| 000006 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 12,792.54 | $ 0.00 | $ 0.00 |
| 000007 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 6,873.65 | $ 0.00 | $ 0.00 |
| 000008 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102 | $ 7,434.86 | $ 0.00 | $ 0.00 |
| 000009B | Department of Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | $ 13,065.52 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000010 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 1,431.96 | $ 0.00 | $ 0.00 |
| 000011 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 4,474.57 | $ 0.00 | $ 0.00 |
| 000012 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 473.89 | $ 0.00 | $ 0.00 |
| 000013 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 4,142.82 | $ 0.00 | $ 0.00 |
| 000014 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | $ 2,389.70 | $ 0.00 | $ 0.00 |
| 000015 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,431.93 | $ 0.00 | $ 0.00 |
| 000016 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 2,201.85 | $ 0.00 | $ 0.00 |
| 000017 | Capital One Bank (USA), N.A. by American InfoSource LP as agent PO Box 71083 Charlotte, NC 28272-1083 | $ 3,313.70 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000018 | Capital One, N.A.<br>c/o Creditors Bankrupcty Service<br>P.O. Box 740933<br>Dallas, TX 75374 | $ 820.14 | $ 0.00 | $ 0.00 |
| 000020 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 10,487.87 | $ 0.00 | $ 0.00 |
| 000021 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 3,120.25 | $ 0.00 | $ 0.00 |
| 000022 | Atlas Acquisitions LLC (WELLS FARGO BANK, N.A.)<br>294 Union St.<br>Hackensack, NJ 07601 | $ 8,900.45 | $ 0.00 | $ 0.00 |
| 000023 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 6,517.81 | $ 0.00 | $ 0.00 |
| 000024 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 0.00 | $ 0.00 | $ 0.00 |
| 000025 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | $ 8,941.24 | $ 0.00 | $ 0.00 |
| 000026 | Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | $ 2,860.63 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000028 | Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami, FL 33131-1605 | $ 460.02 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 38,940.42 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000029 | Cydelle A. Guth 5 Pecos Dr Greenville, SC 29617-7420 | $ 4,000.00 | $ 0.00 | $ 0.00 |
| 000030 | US Department Of Education-Direct Loans Direct Loan Servicing Center PO Box 5609 Greenville, TX 75403-5609 | $ 34,940.42 | $ 0.00 | $ 0.00 |
| | Total to be paid to tardy general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 595.35 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000027 | Department of Treasury Internal Revenue Service PO Box 7346 Philadelphia, PA 19101-7346 | $ 0.00 | $ 0.00 | $ 0.00 |
| 19B | Illinois Dept. of Revenue Bankruptcy Section PO Box 64338 Chicago, IL 60664-0338 | $ 595.35 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors             $            0.00

Remaining Balance                                                                        $            0.00


Prepared By:  /s/GINA B. KROL
                                    Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.