# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DUKLETH, ORRIN S | § | Case No. 11-36887 DRC |
| DUKLETH, KATHLEEN L. | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 422,930.00
*(Without deducting any secured claims)*

Assets Exempt: 43,230.00

Total Distributions to Claimants: 21,664.43

Claims Discharged
Without Payment: 316,933.19

Total Expenses of Administration: 10,119.18

3) Total gross receipts of $ 31,783.61  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 31,783.61  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 645,407.95 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 10,119.18 | 10,119.18 | 10,119.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 36,973.98 | 22,704.38 | 22,704.38 | 21,664.43 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 297,362.45 | 191,209.97 | 184,496.60 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 979,744.38 | $ 224,033.53 | $ 217,320.16 | $ 31,783.61 |

4)  This case was originally filed under chapter 7 on  09/09/2011 .  The case was pending for 53 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/20/2016 _____          By:/s/GINA B. KROL _____
                                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| MARK HARDEN - PURCHASER OF ABD WATERPROOFING BUSIN | 1121-000 | 31,783.28 |
| Post-Petition Interest Deposits | 1270-000 | 0.33 |
| **TOTAL GROSS RECEIPTS** | | **$31,783.61** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America's Servicing Company PO Box 10328 Des Moines, IA  50306-0328 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | America's Servicing Company PO Box 1820 Newark, NJ 07101-1820 | | 505,205.94 | NA | NA | 0.00 |
| | Codilis & Associates, P.C. For Americas Servicing Co./US Bank 15W030 Frontage Rd Ste 100 Burr Ridge, IL 60527-6921 | | 0.00 | NA | NA | 0.00 |
| | Specialized Loan Servicing, LLC 8742 Lucent Blvd Ste 300 Highlands Ranch, CO 80129-2386 | | 121,950.00 | NA | NA | 0.00 |
| | Specialized Loan Servicing, LLC PO Box 105219 Atlanta, GA  30348-5219 | | 0.00 | NA | NA | 0.00 |
| | Toyota Financial Services Attn: Bankruptcy Department PO Box 8026 Cedar Rapids, IA  52408-8026 | | 0.00 | NA | NA | 0.00 |
| | Toyota Financial Services PO Box 790069 Saint Louis, MO 63179-0069 | | 18,252.01 | NA | NA | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 645,407.95 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,928.36 | 3,928.36 | 3,928.36 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 39.91 | 39.91 | 39.91 |
| ASSOCIATED BANK | 2600-000 | NA | 898.23 | 898.23 | 898.23 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 49.73 | 49.73 | 49.73 |
| CLERK OF US BANKRUPTCY COURT | 2990-000 | NA | 293.00 | 293.00 | 293.00 |
| COHEN & KROL | 3110-000 | NA | 3,202.00 | 3,202.00 | 3,202.00 |
| GINA B. KROL | 3110-000 | NA | 1,626.00 | 1,626.00 | 1,626.00 |
| COHEN & KROL | 3120-000 | NA | 81.95 | 81.95 | 81.95 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 10,119.18 | $ 10,119.18 | $ 10,119.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000009A | DEPARTMENT OF TREASURY | 5800-000 | 30,965.98 | 17,048.07 | 17,048.07 | 16,267.20 |
| 000019A | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 6,008.00 | 5,656.31 | 5,656.31 | 5,397.23 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 36,973.98 | $ 22,704.38 | $ 22,704.38 | $ 21,664.43 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card Processing Center Des Moines, IA  50363-0001 | | 0.00 | NA | NA | 0.00 |
| | Advanta Credit Cards PO Box 5657 Hicksville, NY  11802 | | 15,381.75 | NA | NA | 0.00 |
| | Advanta Credit Cards PO Box 9217 Old Bethpage, NY 11804-9217 | | 0.00 | NA | NA | 0.00 |
| | Associated Creditors Exchange For HFC PO Box 33130 Phoenix, AZ  85067-3130 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America PO Box 15026 Wilmington, DE 19850-5026 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America PO Box 15726 Wilmington, DE 19850-5726 | | 0.00 | NA | NA | 0.00 |
| | Bank Of America PO Box 851001 Dallas, TX 75285-1001 | | 12,792.54 | NA | NA | 0.00 |
| | Bank Of America PO Box 851001 Dallas, TX 75285-1001 | | 6,873.65 | NA | NA | 0.00 |
| | Bank Of America PO Box 851001 Dallas, TX 75285-1001 | | 7,434.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO Box 851001 Dallas, TX  75285-1001 | | 7,631.14 | NA | NA | 0.00 |
| | Bank Of America PO Box 851001 Dallas, TX  75285-1001 | | 9,101.46 | NA | NA | 0.00 |
| | Bank Of America PO Box 851001 Dallas, TX  75285-1001 | | 6,849.00 | NA | NA | 0.00 |
| | CACH LLC 370 17th St Ste 5000 Denver, CO  80202-5690 | | 0.00 | NA | NA | 0.00 |
| | CACH LLC 4340 S Monaco Street, Second Floor Denver, CO  80237 | | 0.00 | NA | NA | 0.00 |
| | CCB Credit Services, Inc. For HSBC PO Box 272 Springfield, IL  62705-0272 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank (USA), NA PO Box 70886 Charlotte, NC 28272-9903 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank (USA), NA PO Box 71083 Charlotte, NC 28272-1083 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Services, LLC For Capital One 32275 32nd Ave South Federal Way, WA 98001-9616 | | 0.00 | NA | NA | 0.00 |
| | Capital One Services, LLC For Capital One PO Box 54529 Oklahoma City, OK 73154-1529 | | 0.00 | NA | NA | 0.00 |
| | Central DuPage Hospital PO Box 4090 Carol Stream, IL 60197-4090 | | 0.00 | NA | NA | 0.00 |
| | Chase Business Card Services PO Box 15298 Wilmington, DE 19850-5298 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Service Credit Card Services PO Box 15548 Wilmington, DE 19886-5548 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Service Credit Card Services PO Box 15548 Wilmington, DE 19886-5548 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service Credit Card Services PO Box 15548 Wilmington, DE 19886-5548 | | 0.00 | NA | NA | 0.00 |
| | Chase Cardmember Service Credit Card Services PO Box 15548 Wilmington, DE 19886-5548 | | 0.00 | NA | NA | 0.00 |
| | Citi Card Service Center For Sears PO Box 6077 Sioux Falls, SD  57117-6077 | | 0.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 653095 Dallas, TX  75265-0370 | | 0.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 653095 Dallas, TX  75265-0370 | | 0.00 | NA | NA | 0.00 |
| | Citi Cards PO Box 688901 Des Moines, IA  50368-8901 | | 7,845.89 | NA | NA | 0.00 |
| | Citibank SD, NA PO Box 6077 Sioux Falls, SD  57117-6077 | | 0.00 | NA | NA | 0.00 |
| | Creditors Collection Bureau, Inc. For Center For Surgery PO Box 63 Kankakee, IL 60901-0063 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dex One Attn: Customer Care 1615 Bluff City Hwy Bristol, TN 37620-6055 | | 22,857.05 | NA | NA | 0.00 |
| | Discover Card PO Box 30943 Salt Lake City, UT 84130-0943 | | 0.00 | NA | NA | 0.00 |
| | Edelstein & Edelstein, P.C. For Illiana Financial 3825 W Montrose Ave Chicago, IL 60618-1016 | | 0.00 | NA | NA | 0.00 |
| | First Financial Asset Mgmt. Inc. For HSBC PO Box 56245 Atlanta, GA 30343-0245 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank PO Box 5519 Sioux Falls, SD 57117-5519 | | 0.00 | NA | NA | 0.00 |
| | First Premier Bank PO Box 5529 Sioux Falls, SD 57117-5529 | | 737.64 | NA | NA | 0.00 |
| | Gap/GEMB PO Box 530942 Atlanta, GA 30353-0942 | | 460.02 | NA | NA | 0.00 |
| | HFC PO Box 17574 Baltimore, MD 21297-1574 | | 5,382.80 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HFC PO Box 4153 Carol Stream, IL  60197-4153 | | 0.00 | NA | NA | 0.00 |
| | HSBC Card Services PO Box 17051 Baltimore, MD  21297-1051 | | 1,224.47 | NA | NA | 0.00 |
| | HSBC Card Services PO Box 17602 Baltimore, MD  21297-1602 | | 0.00 | NA | NA | 0.00 |
| | HSBC Card Services PO Box 80026 Salinas, CA  93912-0026 | | 0.00 | NA | NA | 0.00 |
| | HSBC Card Services PO Box 80026 Salinas, CA  93912-0026 | | 0.00 | NA | NA | 0.00 |
| | HSBC Retail Services PO Box 15521 Wilmington, DE 19850-5521 | | 0.00 | NA | NA | 0.00 |
| | Harden Services, Inc. and Mark Harden, Individually 1172 Holly Lane Algonquin, IL  60102-1972 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HealthLab Affiliate Of Central DuPage Hospital 25 N. Winfield Road Winfield, IL 60190- | | 289.47 | NA | NA | 0.00 |
| | Household Bank Collections Department PO Box 8873 Virginia Beach, VA  23450-8873 | | 0.00 | NA | NA | 0.00 |
| | Illiana Financial 1163 E Ogden Ave, Suite 711 Naperville, IL  60563-1687 | | 0.00 | NA | NA | 0.00 |
| | Illiana Financial P.O. Box 1249 1600 Huntington Dr Calumet City, IL  60409-5404 | | 3,211.16 | NA | NA | 0.00 |
| | Laszlo A. Vida, DDS 200 E Willow Ave Ste 104 Wheaton, IL  60187-5441 | | 115.58 | NA | NA | 0.00 |
| | Leading Edge Recovery Solutions, LLC For Capital One Bank (USA), N.A. 5440 N Cumberland Ave Ste 300 Chicago, IL  60656-1486 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nelson, Watson & Associates, LLC For Capital One Services LLC 80 Merrimack St Lowr LEVEL Haverhill, MA 01830-5211 | | 0.00 | NA | NA | 0.00 |
| | Nelson, Watson & Associates, P.C. For Capital One Services LLC 80 Merrimack St., Lower Level Haverhill, MA 01830-5211 | | 0.00 | NA | NA | 0.00 |
| | PFG Of Minnesota For GE Money 7825 Washington Ave S, Ste 310 Minneapolis, MN 55439-2424 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank One Financial Parkway Mail Code Z1-YB43-02-1 Kalamazoo, MI 49009 | | 0.00 | NA | NA | 0.00 |
| | PNC Bank PO Box 4090 Kalamazoo, MI  49003-4090 | | 0.00 | NA | NA | 0.00 |
| | Raymond Gradishar 7221 Dockside Lane Columbia, MD 21045-5049 | | 3,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Redline Recovery Services, LLC For CACH LLC 11675 Rainwater Dr Ste 350 Alpharetta, GA  30009-8693 | | 0.00 | NA | NA | 0.00 |
| | Robert Gradishar 9481 Dawnblush Ct Columbia, MD 21045-5115 | | 958.36 | NA | NA | 0.00 |
| | Robert Gradishar, DDS 11200 Scaggsville Rd Laurel, MD 20723-2022 | | 250.00 | NA | NA | 0.00 |
| | Steven P. Dukleth 830 Lenox Rd Glen Ellyn, IL  60137-3934 | | 10,000.00 | NA | NA | 0.00 |
| | Stuart Allan & Associates, Inc. 5447 E 5th St Ste 110 Tucson, AZ  85711-2345 | | 1,000.00 | NA | NA | 0.00 |
| | The Center For Surgery 475 E Diehl Rd Naperville, IL 60563-1353 | | 761.25 | NA | NA | 0.00 |
| | The Schreiber Group, Inc. 937 N Washington St Naperville, IL  60563-2762 | | 2,200.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United Mileage Plus Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 4,474.57 | NA | NA | 0.00 |
| | Von Maur Collections 6565 N Brady St Davenport, IA 52806-2052 | | 0.00 | NA | NA | 0.00 |
| | Von Maur PO Box 790298 Saint Louis, MO  63179-0298 | | 563.98 | NA | NA | 0.00 |
| | Walinski & Associates, P.C. For Illiana Financial 221 N Lasalle St Ste 1000 Chicago, IL  60601-1320 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Financial Cards 3201 N 4th Ave Sioux Falls, SD  57104-0700 | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Financial Cards 3201 N 4th Ave Sioux Falls, SD  57104-0700 | | 0.00 | NA | NA | 0.00 |
| | Zwicker And Associates For American Express 7366 N Lincoln Ave Ste 404 Lincolnwood, IL  60712-1741 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zwicker And Associates For American Express 80 Minuteman Rd Andover, MA 01810-1008 | | 0.00 | NA | NA | 0.00 |
| 000017 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | 3,165.60 | 3,313.70 | 3,313.70 | 0.00 |
| 000009B | DEPARTMENT OF TREASURY | 7100-000 | NA | 13,065.52 | 13,065.52 | 0.00 |
| 000028 | MIDLAND FUNDING LLC | 7100-000 | 0.00 | 460.02 | 460.02 | 0.00 |
| 000025 | PNC BANK | 7100-000 | 8,941.24 | 8,941.24 | 8,941.24 | 0.00 |
| 000020 | AMERICAN EXPRESS BANK, FSB | 7100-900 | 10,487.87 | 10,487.87 | 10,487.87 | 0.00 |
| 000003 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-900 | 11,522.41 | 11,662.36 | 11,662.36 | 0.00 |
| 000001 | ATLAS ACQUISITIONS LLC | 7100-900 | 2,555.12 | 2,632.34 | 2,632.34 | 0.00 |
| 000021 | ATLAS ACQUISITIONS LLC (WELLS FARGO | 7100-900 | 3,120.25 | 3,120.25 | 3,120.25 | 0.00 |
| 000022 | ATLAS ACQUISITIONS LLC (WELLS FARGO | 7100-900 | 8,900.45 | 8,900.45 | 8,900.45 | 0.00 |
| 000015 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 2,382.62 | 2,431.93 | 2,431.93 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000016 | CAPITAL ONE BANK (USA), N.A. | 7100-900 | 2,201.85 | 2,201.85 | 2,201.85 | 0.00 |
| 000018 | CAPITAL ONE, N.A. | 7100-900 | 820.14 | 820.14 | 820.14 | 0.00 |
| 000010 | CHASE BANK USA, N.A. | 7100-900 | 1,431.96 | 1,431.96 | 1,431.96 | 0.00 |
| 000011 | CHASE BANK USA, N.A. | 7100-900 | NA | 4,474.57 | 4,474.57 | 0.00 |
| 000012 | CHASE BANK USA, N.A. | 7100-900 | 473.89 | 473.89 | 473.89 | 0.00 |
| 000013 | CHASE BANK USA, N.A. | 7100-900 | 4,142.82 | 4,142.82 | 4,142.82 | 0.00 |
| 000014 | CHASE BANK USA, N.A. | 7100-900 | 2,389.70 | 2,389.70 | 2,389.70 | 0.00 |
| 000002 | DISCOVER BANK | 7100-900 | 10,757.26 | 10,757.26 | 10,757.26 | 0.00 |
| 000004 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 9,101.46 | 9,101.46 | 0.00 |
| 000005 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 7,672.01 | 7,672.01 | 0.00 |
| 000006 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 12,792.54 | 12,792.54 | 0.00 |
| 000007 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 6,873.65 | 6,873.65 | 0.00 |
| 000008 | FIA CARD SERVICES, N.A. | 7100-900 | NA | 7,434.86 | 7,434.86 | 0.00 |
| 000026 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-900 | 2,860.63 | 2,860.63 | 2,860.63 | 0.00 |
| 000023 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-900 | NA | 6,517.81 | 6,517.81 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000024 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-900 | 6,517.81 | 6,517.81 | 0.00 | 0.00 |
| 000029 | CYDELLE A. GUTH | 7200-000 | 4,000.00 | 4,000.00 | 4,000.00 | 0.00 |
| 000030 | US DEPARTMENT OF EDUCATION-DIRECT L | 7200-000 | 79,294.19 | 34,940.42 | 34,940.42 | 0.00 |
| 000027 | DEPARTMENT OF TREASURY | 7300-000 | NA | 195.56 | 0.00 | 0.00 |
| 19B | ILLINOIS DEPT. OF REVENUE | 7300-000 | NA | 595.35 | 595.35 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 297,362.45 | $ 191,209.97 | $ 184,496.60 | $ 0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:  1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-36887  DRC  Judge: Donald R. Cassling | |
| Case Name: | DUKLETH, ORRIN S | |
| | DUKLETH, KATHLEEN L. | |
| For Period Ending: | 01/20/16 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 09/09/11 (f) |
| 341(a) Meeting Date: | 10/18/11 |
| Claims Bar Date: | 01/19/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 830 LENOX ROAD, GLENN ELLYN, IL  60137 SINGLE FAMI | 440,000.00 | 0.00 | | 0.00 | FA |
| 2. CASH ON HAND. | 100.00 | 0.00 | | 0.00 | FA |
| 3. PNC BANK BUSINESS CHECKING ACCOUNT ENDING IN 2603. | 1.00 | 0.00 | | 0.00 | FA |
| 4. PNC BANK PERSONAL CHECKING ACCOUNT ENDING IN 0371. | 1.00 | 0.00 | | 0.00 | FA |
| 5. PNC BANK PERSONAL CHECKING ACCOUNT ENDING IN 2009. | 768.00 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS AS FOLLOWS: LIVING ROOM-SECTIONAL | 4,500.00 | 0.00 | | 0.00 | FA |
| 7. 2 PRINT PICTRES; 3 LITHOGRAPHS; 5 MISCELLANEOUS PI | 1,980.00 | 0.00 | | 0.00 | FA |
| 8. NORMAL AND CUSTOMARY WEARING APPAREL. | 400.00 | 0.00 | | 0.00 | FA |
| 9. WEDDING RINGS; MISCELLANEOUS COSTUME JEWELRY; SMAL | 500.00 | 0.00 | | 0.00 | FA |
| 10. 22 RIFLE; GOLF CLUBS; 2 DIGITAL CAMERAS; 2 BIKES. | 255.00 | 0.00 | | 0.00 | FA |
| 11. MARK HARDEN - PURCHASER OF ABD WATERPROOFING BUSIN | 31,873.28 | 31,873.28 | | 31,783.28 | FA |
| 12. 1996 CHRYSLER LHS 4 DR SEDAN WITH 55,000 MILES. | 2,100.00 | 0.00 | | 0.00 | FA |
| 13. 2008 TOYOTA SIENNA VAN WITH 98,200 MILES. | 15,075.00 | 0.00 | | 0.00 | FA |
| 14. FILE CABINETS; 5 YEAR OLD COMPUTER AND PRINTER. | 30.00 | 0.00 | | 0.00 | FA |
| 15. PET DOG. | 50.00 | 0.00 | | 0.00 | FA |
| 16. HORSE SADDLES (2); VARIOUS HORSE RIDING EQUIPMENT. | 400.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.33 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $498,033.28 | $31,873.28 | | $31,783.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-36887   DRC   Judge: Donald R. Cassling | |

Trustee Name:         GINA B. KROL

Case Name:   DUKLETH, ORRIN S

DUKLETH, KATHLEEN L.

Date Filed (f) or Converted (c):   09/09/11 (f)

341(a) Meeting Date:          10/18/11

Claims Bar Date:          01/19/12

Trustee submitted TFR to UST for review

August 12, 2015, 12:59 pm

Trustee continues to collect monthly a/r payments

October 16, 2014, 11:37 am

Trustee is collecting a/r stream

October 17, 2013, 02:22 pm

Initial Projected Date of Final Report (TFR): 12/31/13          Current Projected Date of Final Report (TFR): 09/30/15

/s/     GINA B. KROL

_____ Date: 01/20/16

GINA B. KROL

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-36887 -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 01/20/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0493  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 5,597.11 | | 5,597.11 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.45 | 5,593.66 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.56 | 5,590.10 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.45 | 5,586.65 |
| 01/07/13 | 030001 | Clerk of US Bankruptcy Court | Filing Fee for Adversary Complaint | 2990-000 | | 293.00 | 5,293.65 |
| | | 219 S. Dearborn St. | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 3.56 | 5,290.09 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,280.09 |
| 02/13/13 | 030002 | International Sureties Ltd. | BOND | 2300-000 | | 4.58 | 5,275.51 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,265.51 |
| 03/21/13 | 11 | ABD Waterproofing | A/R | 1121-000 | 1,323.08 | | 6,588.59 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 03/21/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 7,584.63 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,574.63 |
| 04/16/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 8,570.67 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.61 | 8,559.06 |
| 05/28/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 9,555.10 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 12.92 | 9,542.18 |
| 06/27/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 1,992.08 | | 11,534.26 |

FORM 2                                                                                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-36887  -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 01/20/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0493  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 14.11 | 11,520.15 |
| 07/25/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 12,516.19 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.46 | 12,498.73 |
| 08/19/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 13,494.77 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.20 | 13,475.57 |
| 09/26/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 14,471.61 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.63 | 14,451.98 |
| 10/21/13 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 15,448.02 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 21.96 | 15,426.06 |
| 11/14/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 16,422.10 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.01 | 16,399.09 |
| 12/17/13 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 17,395.13 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.10 | 17,370.03 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.83 | 17,344.20 |
| 02/20/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 18,340.24 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |

FORM 2

Page:   3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-36887  -DRC | | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|---|
| Case Name: | DUKLETH, ORRIN S | | | Bank Name: | ASSOCIATED BANK |
| | DUKLETH, KATHLEEN L. | | | Account Number / CD #: | *******0493  Checking Account |
| Taxpayer ID No: | *******0379 | | | | |
| For Period Ending: | 01/20/16 | | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.77 | 18,316.47 |
| 04/01/14 | 030003 | International Sureties Ltd. | BOND | 2300-000 | | 16.14 | 18,300.33 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 27.23 | 18,273.10 |
| 04/08/14 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 19,269.14 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 04/16/14 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 20,265.18 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 28.11 | 20,237.07 |
| 05/22/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 21,233.11 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 30.56 | 21,202.55 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 31.08 | 21,171.47 |
| 07/16/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 22,167.51 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 33.72 | 22,133.79 |
| 08/21/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 23,129.83 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 34.91 | 23,094.92 |
| 09/16/14 | 11 | Harden Services, Inc. | A/R | 1121-000 | 996.04 | | 24,090.96 |
| | | 1170 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL | | | | | |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 35.38 | 24,055.58 |
| 10/20/14 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 25,051.62 |

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 11-36887  -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | DUKLETH, ORRIN S | | | Bank Name: | ASSOCIATED BANK | |
| | DUKLETH, KATHLEEN L. | | | Account Number / CD #: | *******0493  Checking Account | |
| Taxpayer ID No: | *******0379 | | | | | |
| For Period Ending: | 01/20/16 | | | Blanket Bond (per case limit): | $  5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.82 | 25,013.80 |
| 11/20/14 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 26,009.84 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.95 | 25,971.89 |
| 01/06/15 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 26,967.93 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 40.09 | 26,927.84 |
| 01/13/15 | 11 | Harden Services | A/R | 1121-000 | 996.04 | | 27,923.88 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 01/22/15 | 11 | HARDEN SERVICES | A/R | 1121-000 | 996.04 | | 28,919.92 |
| | | 1170 Holly Lane | this payment was received and deposited on | | | | |
| | | Algonquin, IL | 7/16/14. Trustee forgot to log it into TCMS timely. | | | | |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.19 | 28,877.73 |
| 02/10/15 | 030004 | Adams Levine Surety Bond Agency | BOND | 2300-000 | | 16.50 | 28,861.23 |
| | | 60 E. 42nd Street | BOND | | | | |
| | | Room 965 | | | | | |
| | | New York, NY  10165 | | | | | |
| 02/18/15 | 11 | Harden Services Inc. | A/R | 1121-000 | 996.04 | | 29,857.27 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL 60102 | | | | | |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 39.29 | 29,817.98 |
| 04/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.33 | 29,773.65 |
| 05/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 42.84 | 29,730.81 |
| 05/21/15 | 11 | HARDEN SERVICES | A/R | 1121-000 | 906.04 | | 30,636.85 |
| | | 1172 Holly Lane | Account Receivable due Debtor | | | | |
| | | Algonquin, IL  60102 | | | | | |

FORM 2

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-36887 -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 01/20/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0493  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/05/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.68 | 30,592.17 |
| 07/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.01 | 30,548.16 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 45.42 | 30,502.74 |
| 10/09/15 | 030005 | Gina B. Krol | Final Distribution | 2100-000 | | 3,928.36 | 26,574.38 |
| | | 105 W. Madison Street | Trustee Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 10/09/15 | 030006 | Cohen & Krol | Final Distribution | 3110-000 | | 3,202.00 | 23,372.38 |
| | | 105 W. Madison Street | Attorneys Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 10/09/15 | 030007 | Cohen & Krol | Final Distribution | 3120-000 | | 81.95 | 23,290.43 |
| | | 105 W. Madison Street | Attorneys Expenses | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |
| 10/09/15 | 030008 | Gina B. Krol | Final Distribution | 3110-000 | | 1,626.00 | 21,664.43 |
| | | | Attorneys Fees | | | | |
| 10/09/15 | 030009 | Department of Treasury | Final Distribution | 5800-000 | | 16,267.20 | 5,397.23 |
| | | Internal Revenue Service | | | | | |
| | | PO Box 7346 | | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 10/09/15 | 030010 | Illinois Department Of Revenue | Final Distribution | 5800-000 | | 5,397.23 | 0.00 |
| | | Bankruptcy Section | | | | | |
| | | PO Box 64388 | | | | | |
| | | Chicago, IL 60664-0338 | | | | | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-36887  -DRC | | Trustee Name: | GINA B. KROL |
| Case Name: | DUKLETH, ORRIN S | | Bank Name: | ASSOCIATED BANK |
| | DUKLETH, KATHLEEN L. | | Account Number / CD #: | *******0493  Checking Account |
| Taxpayer ID No: | *******0379 | | | |
| For Period Ending: | 01/20/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Account  *******0493 | | Balance Forward | 0.00 | | | |
| | | 25 | Deposits | 26,134.08 | 10 | Checks | 30,832.96 |
| | | 0 | Interest Postings | 0.00 | 35 | Adjustments Out | 898.23 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 26,134.08 | | | |
| | | | | | | Total | $ 31,731.19 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 5,597.11 | | | |
| | | | Total | $ 31,731.19 | | | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-36887  -DRC | | | Trustee Name: | GINA B. KROL | |
| Case Name: | DUKLETH, ORRIN S | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | DUKLETH, KATHLEEN L. | | | Account Number / CD #: | *******4179  BofA - Money Market Account | |
| Taxpayer ID No: | *******0379 | | | | | |
| For Period Ending: | 01/20/16 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/28/11 | 11 | ABD Waterproofing 1172 Holly Lane Algonquin, IL 60102 | Note Receivable 10/11 & 11/11 | 1121-000 | 1,992.08 | | 1,992.08 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 1,992.10 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 2.46 | 1,989.64 |
| 01/09/12 | 11 | ABD Waterproofing 1172 Holly Lane Algonquin, IL 60102 | Note Receivable 12/11 | 1121-000 | 996.00 | | 2,985.64 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.02 | | 2,985.66 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.43 | 2,982.23 |
| 02/06/12 | 000301 | International Sureties Suite 420 701 Poydras St. New Orleans, LA  70139 | BOND BOND | 2300-000 | | 2.69 | 2,979.54 |
| 02/13/12 | 11 | Harden Services, Inc. 1172 Holly Lane Algonquin, IL 60102 | Note Receivable January 2012 | 1121-000 | 996.04 | | 3,975.58 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 3,975.61 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 4.11 | 3,971.50 |
| 03/19/12 | 11 | Harden Services, LLC 1172 Holly Lane Algonquin, IL 60102 | Note Receivable | 1121-000 | 996.04 | | 4,967.54 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 4,967.58 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 5.25 | 4,962.33 |
| 04/16/12 | 11 | Harden Services 1172 Holly Lane Algonquin, IL 60102 | Note Receivable | 1121-000 | 669.04 | | 5,631.37 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,631.41 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.63 | 5,624.78 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,624.83 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   8

Exhibit 9

| | |
|---|---|
| Case No: | 11-36887  -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 01/20/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4179  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.15 | 5,617.68 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 5,617.72 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 6.68 | 5,611.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 5,611.09 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.36 | 5,603.73 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.04 | | 5,603.77 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 6.66 | 5,597.11 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 5,597.11 | 0.00 |

| Account | *******4179 | | | | | |
|---|---|---|---|---|---|---|
| | | Balance Forward | 0.00 | | | |
| | 5 | Deposits | 5,649.20 | 1 | Checks | 2.69 |
| | 9 | Interest Postings | 0.33 | 9 | Adjustments Out | 49.73 |
| | | | | 1 | Transfers Out | 5,597.11 |
| | | Subtotal | $    5,649.53 | | | |
| | | | | | Total | $    5,649.53 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $    5,649.53 | | | |

LFORM2T4

**UST Form 101-7-TDR (10/1/2010)** *(Page: 29)*

Ver: 19.05b

FORM 2    Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-36887  -DRC |
| Case Name: | DUKLETH, ORRIN S |
| | DUKLETH, KATHLEEN L. |
| Taxpayer ID No: | *******0379 |
| For Period Ending: | 01/20/16 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4179  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | | | |
| | 30 | Deposits | 31,783.28 | | 11 | Checks | 30,835.65 | |
| | 9 | Interest Postings | 0.33 | | 44 | Adjustments Out | 947.96 | |
| | | | | | 1 | Transfers Out | 5,597.11 | |
| | | Subtotal | $ 31,783.61 | | | | | |
| | 0 | Adjustments In | 0.00 | | | Total | $ 37,380.72 | |
| | 1 | Transfers In | 5,597.11 | | | | | |
| | | Total | $ 37,380.72 | | | Net Total Balance | $ 0.00 | |

Trustee's Signature: _____    Date: 01/20/16

/s/    GINA B. KROL

GINA B. KROL